IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| WILDERNESS WATCH, INC., | CV 17–28–M–DWM |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of Interior, | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that Defendant Bureau of Land Management shall pay Plaintiff Wilderness Watch's attorney's fees and costs in the agreed-upon amount of $3,659.35.

All pending motions are MOOT and all deadlines are VACATED.

DATED this 30th day of August, 2017.

Donald W. Molloy, District Judge
United States District Court